IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00208-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOAQUIN FRANCISCO GARCIA
a/k/a Francisco Garcia
a/k/a Abel Torres,

    Defendant.

## ORDER TO RESCHEDULE FINAL TRIAL PREPARATION CONFERENCE

    Counsel for the government and the defendant, in a personal conference with chambers staff, requested that the final trial preparation conference in this matter be rescheduled. The Court hereby

    ORDERS that the final trial preparation conference currently set for August 4, 2006 is RESCHEDULED to **Tuesday, August 8, 2006 at 2:00 p.m.**

    DATED: July 18, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge