IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00208-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOAQUIN FRANCISCO GARCIA
a/k/a Francisco Garcia
a/k/a Abel Torres,

      Defendant.

---

## ORDER TO SET STATUS CONFERENCE

---

At the request of both counsel, the Court hereby ORDERS a status conference

in this matter for **Monday, August 14, 2006, at 12:30 p.m.**

      DATED: July 25, 2006

                             BY THE COURT:


                             *s/ Phillip S. Figa*

                             _____

                             Phillip S. Figa
                             United States District Judge