IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00208-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOAQUIN FRANCISCO GARCIA
a/k/a Francisco Garcia
a/k/a Abel Torres,

    Defendant.

## ORDER TO RESET CHANGE OF PLEA HEARING

Pursuant to a telephonic request by both government and defense counsel to Chambers staff, the Court hereby ORDERS that the change of plea hearing currently set for October 10, 2006 is RESET for **Monday, October 16, 2006 at 8:30 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on October 12, 2006.**

    DATED: September 6, 2006

    BY THE COURT:

    *s/ Phillip S. Figa*

    _____
    Phillip S. Figa
    United States District Judge