IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00208-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOAQUIN FRANCISCO GARCIA
a/k/a Francisco Garcia
a/k/a Abel Torres,

    Defendant.

## ORDER TO RESET CHANGE OF PLEA HEARING

Pursuant to the minutes of the change of plea hearing in this matter on October 16, 2006, and at the request of defense counsel, the change of plea hearing is hereby RESET for **Monday, October 30, 2006 at 3:00 p.m.**

    DATED: October 16, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge